UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | ) | |
| Plaintiff, | ) | |
| v. | ) Civil Action Nos. | 10-0869 (PLF) |
| | ) | 10-0799 (PLF) |
| UNITED STATES SECRET SERVICE, | ) | 10-0872 (PLF) |
| | ) | 10-1382 (PLF) |
| Defendant. | ) | 10-1489 (PLF) |

MEMORANDUM OPINION

By Order of November 4, 2010, the Court, having determined that plaintiff was an abusive filer, vacated his *in forma pauperis* ("IFP") status in all of his pending cases before the undersigned judge and gave him 30 days to pay the $350 filing fee applicable to each case or suffer dismissal of the case. On December 3, 2010, plaintiff filed a "Motion to Vacate Judgment for Fraud Upon the Court Rule 60(b)." The motion is not appropriate because no judgment has been entered in the pending cases. Nonetheless, the Court has considered plaintiff's motion as one for reconsideration of the order vacating his IFP status and finds no grounds for revisiting that issue. In light of plaintiff's failure to pay the filing fee within the time allowed, the Court will dismiss each pending action. A separate Order accompanies this Memorandum Opinion.

/s/_____
PAUL L. FRIEDMAN
DATE:   December 9, 2010                    United States District Judge